```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

         - v. -                     :    INDICTMENT

JOSE BERNARDO PINA-BENITES,         :    07 CRIM 883
   a/k/a "Antonio Garcia,"
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

From at least in or about June 2002, up to on or about March 1, 2003, in the Southern District of New York and elsewhere, JOSE BERNARDO PINA-BENITES, a/k/a "Antonio Garcia," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 27, 1986, for Criminal Possession of a Controlled Substance with Intent to Distribute in the Third Degree, in violation of New York Penal Law 220.16, in New York State Supreme Court, Westchester County, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 7 2007

Security, to reapply for admission.

   (Title 8, United States Code, Section 1326(a) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE BERNARDO PINA-BENITES,
a/k/a "Antonio Garcia,"

Defendant.

---

### INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Dennise Suarez-Peña*
Foreperson.

*RC*
*9/17/07*

Indictment filed, case assigned to judge Hellerstein

F. Maas, USMJ